UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                Criminal No. 08-251 (JNE/JJG)
                                                    ORDER

Jeffrey Scot Graham,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on March 12, 2009.  The magistrate judge recommended that Defendant's motion to suppress evidence be granted as to information relating solely to American General and denied in all other respects.  The magistrate judge also recommended that Defendant's motion to suppress statements be denied as moot.  Defendant objected.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

1. Defendant's Motion for Suppression of Evidence Obtained as a Result of Search and Seizure [Docket No. 25] is GRANTED as to information relating solely to American General and DENIED in all other respects.

2. Defendants' Motion to Suppress Statements, Admissions and Answers [Docket No. 26] is DENIED AS MOOT.

Dated:  April 20, 2009

                                                                                     s/ Joan N. Ericksen
                                                                                     JOAN N. ERICKSEN
                                                                                     United States District Judge